AO 93 (Rev. 11/13) Search and Seizure Warrant                                        AUSA Jessica Kim

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>**The person of**<br>**ANDREW K. MITCHELL**<br>**DOB: 12/01/1963, SSN: 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** | ) ) ) ) ) ) Case No. **2:18 mj 7 3 4** |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location)*:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**See Attachment B and/or attached Affidavit**

☑ **YOU ARE COMMANDED** to execute this warrant on or before _____Oct 10, 2018_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Elizabeth Preston Deavers_____
*(United States Magistrate Judge)*
Any Magistrate Judge

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  **9-26-18 @ 7:08 pm**         _____Chelsey M. Vascura_____
                                                                        *Judge's signature*

City and state:   **Columbus, Ohio**          Hon. Elizabeth Preston Deavers, U.S. Magistrate Judge
                                                *Printed name and title*
                                                **Chelsey M. Vascura, U.S. Magistrate Judge**

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:18mj 734 | Date and time warrant executed: 9/26/18 6:30pm | Copy of warrant and inventory left with: ANDREW MITCHELL |
| Inventory made in the presence of: VICTOR CIAPAS; LARRY McCoy | | |

Inventory of the property taken and name of any person(s) seized:

1. 2018 Appointment Book (Brown)
2. US Bank Checkbook, Counter deposit slip, & receipt
3. Black booklet binder
4. HP Laptop Gray w/ Power cord  SN: CND6379BNM  15-AY067NR
5. 2-swabs (DNA)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/7/19

*Executing officer's signature*

Robert Begner  TFO
*Printed name and title*

## ATTACHMENT A

## PERSON TO BE SEARCHED

The person to be searched is **ANDREW K. MITCHELL, DOB: 12/01/1963, SSN: 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**. MITCHELL currently resides at 6249 Howard Road, Sunbury, Ohio 43074. He is employed at and reports to Columbus Division of Police Headquarters, located at 120 Marconi Boulevard, Columbus, Ohio 43215. On September 26, 2018, he is scheduled to fly out of John Glenn Columbus International Airport, located at 4600 International Gateway, Columbus, Ohio 43219, on Spirit Airlines flight number 325 departing at 7:45pm to Las Vegas.

# ATTACHMENT B

# PROPERTY TO BE SEIZED

The items to be seized are:

1. Saliva and topical and/or oral skin cells from the person of ANDREW K. MITCHELL; and
2. Views of the hands (including fingers and knuckles) (for the purpose of being photographed) from the person of ANDREW K. MITCHELL.

A law enforcement officer will obtain these items by employing standard DNA collection procedures, which will include the use of one or more oral swabs, and photography.